

DAVID E. DE LORENZI
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4743 Fax: (973) 639-6235
ddelorenzi@gibbonslaw.com

April 9, 2012

**VIA ECF**

Honorable Freda L. Wolfson, U.S.D.J.
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

**Re:** *Novo Nordisk Inc. and Novo Nordisk A/S v. Aurobindo Pharma LTD and Aurobindo Pharma USA, Inc*. -- Civil Action No. 12-1026 (FLW) (DEA)

Dear Judge Wolfson:

Enclosed please find a Stipulated Request For Entry of Final Judgment in the above-captioned matter. For the reasons stated therein, the parties respectfully request that the Court enter judgment in accordance with the terms set forth in the stipulation.

We thank the Court for its continued attention and courtesies.

Respectfully submitted,

s/ David E. De Lorenzi

David E. De Lorenzi

*Enclosure*

cc:   Honorable Douglas E. Arpert, U.S.M.J.
      All Counsel of Record