IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------x

NOVO NORDISK INC. and
NOVO NORDISK A/S,

        Plaintiffs,

v.

AUROBINDO PHARMA LTD. and
AUROBINDO PHARMA USA, INC.,

        Defendants.

------------------------------------x

Civil Action No. 12-1026
(FLW)(DEA)

*Document Filed Electronically*

## STIPULATED REQUEST FOR ENTRY OF FINAL JUDGMENT

**WHEREAS**, Plaintiffs Novo Nordisk Inc. and Novo Nordisk A/S (collectively "Novo Nordisk") brought the above-captioned action against Defendants Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc. (collectively, "Aurobindo") for infringement of United States Patent No. 6,677,358 ("the '358 Patent");

**WHEREAS**, in a judgment dated January 19, 2011, the Eastern District of Michigan adjudged the '358 Patent unenforceable and claim 4 of the '358 Patent invalid in *Novo Nordisk A/S, et al. v. Caraco Pharm. Labs., Ltd., et al.*, Civil Action No. 2:05 CV 40188 (E.D. Mich.) ("Michigan Action Judgment").

Based on the premises set forth above, the parties met, conferred and reached agreement on a means for the efficient disposition of the issues and claims raised and asserted in this action. The agreement was reached in order to save and conserve the costs of litigation and judicial resources, and without any admission of liability by either party. Good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties and subject to the approval of the Court, that:

1. Judgment on the pleadings shall be entered in favor of Aurobindo that the '358 Patent is unenforceable and claim 4 of the '358 Patent is invalid based on the collateral estoppel effect of the Michigan Action Judgment.

2. Each party in the action shall bear its own costs, expenses, and attorneys' fees, and waives any right to pursue against any other party an award of costs, expenses, or attorneys' fees.

3. Any future action or claim that the parties decide to pursue against one another arising out of the facts or circumstances alleged in Novo Nordisk's Complaint shall be filed in this District. This Court shall retain jurisdiction over this stipulation and any future claim(s) as set forth in this paragraph.

4. Whereas after entry of this stipulation, final judgment shall be entered by the Court.

5. If a court of appeals vacates or reverses the Michigan Action Judgment in part or in whole, this Court will, in accordance with Fed. R. Civ. P. 60(b)(5), vacate the final judgment in this action.

Dated: April 9, 2012

GIBBONS P.C.

_____
David E. De Lorenzi
Todd M. Nosher
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102-5496
Telephone: (973) 596-4637

Josh A. Krevitt
Aric Wu
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Michael A. Sitzman
**GIBSON, DUNN & CRUTCHER LLP**
555 Mission Street, Suite 3000
San Francisco, California 94105
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

*Attorneys for Plaintiffs*
*Novo Nordisk Inc. and Novo Nordisk A/S*


Dated: April 6, 2012

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ P. F. Hirschhorn*

Philip L. Hirschhorn
**BUCHANAN INGERSOLL & ROONEY PC**
1290 Avenue of the Americas, 30th Floor
New York, NY 10104-3001
Tel: (212) 440-4470
Fax: (212) 440-4401
philip.hirschhorn@bipc.com

Jeffrey S. Ward
Edward J. Pardon
**MERCHANT & GOULD, P.C.**
10 E. Doty Street, Suite 600
Madison, Wisconsin 53703
Tel: (608) 280-6750
Fax: (612) 332-9081
E-mail: jward@merchantgould.com
E-mail: epardon@merchantgould.com

*Attorneys for Defendants*
*Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*

2